UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| LOUIS KANTER and JAMIE STARK, derivatively on behalf of Nominal Defendant CENTERLINE HOLDING COMPANY,<br><br>Plaintiffs,<br><br>v.<br><br>STEPHEN M. ROSS, MARC D. SCHNITZER, LENOARD W. COTTON, JEFF T. BLAU, ROBERT J. DOLAN, ROBERT A. MEISTER, NATHAN GANTCHER, JEROME Y. HALPERIN, ROBERT L. LOVERD, JANICE COOK ROBERTS, THOMAS W. WHITE, and THE RELATED COMPANIES, L.P.,<br><br>Defendants<br><br>and<br><br>CENTERLINE HOLDING COMPANY,<br><br>Nominal Defendant. | 08-CV-01827 (SAS) |

## NOTICE OF APPEARANCE

Please take notice that the undersigned, of the law firm of WolfBlock LLP, hereby enters an appearance as counsel of record for Nominal Defendant Centerline Holding Company.

Dated: March 12, 2008

                                        WOLFBLOCK LLP

                                        By: _____
                                            Jennifer F. Beltrami
                                        250 Park Avenue
                                        New York, NY 10177
                                        (212) 883-4955
                                        jbeltrami@wolfblock.com

                                        *Attorneys for Nominal Defendant*
                                        *Centerline Holding Company*

NYC:760400.1/CEN126-250721

TO:

Steven Cooper
Reed Smith LLP
599 Lexington Avenue
29th Floor
New York, NY 10022
212-521-5400 (tel.)
scooper@reedsmith.com

Ralph M. Stone
Shalov Stone Bonner & Rocco LLP
485 Seventh Avenue, Suite 1000
New York, New York 10018
212-239-4340 (tel.)
rstone@lawssb.com

Richard A. Rosen
Paul, Weiss, Rifkind, Wharton & Garrison LLP
1285 Avenue of the Americas
New York, New York 10019
212-373-3000
rrosen@paulweiss.com

NYC:760400.1/CEN126-250721