UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| LOUIS KANTER and JAMIE STARK, derivatively on behalf of Nominal Defendant CENTERLINE HOLDING COMPANY,<br><br>Plaintiffs,<br><br>v.<br><br>STEPHEN M. ROSS, MARC D. SCHNITZER, LENOARD W. COTTON, JEFF T. BLAU, ROBERT J. DOLAN, ROBERT A. MEISTER, NATHAN GANTCHER, JEROME Y. HALPERIN, ROBERT L. LOVERD, JANICE COOK ROBERTS, THOMAS W. WHITE, and THE RELATED COMPANIES, L.P.,<br><br>Defendants<br><br>and<br><br>CENTERLINE HOLDING COMPANY, a Delaware Statutory Trust,<br><br>Nominal Defendant. | 08-CV-01827 (SAS) |

### RULE 7.1 DISCLOSURE STATEMENT
### OF NOMINAL DEFENDANT CENTERLINE HOLDING COMPANY

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, the undersigned counsel for Nominal Defendant Centerline Holding Company certifies as follows:

Defendant Centerline Holding Company is a Delaware statutory trust that is not a subsidiary of any other corporation. Centerline Holding Company is publicly traded on the New York Stock Exchange under the symbol "CHC." Centerline Holding Company's principal office address is 625 Madison Avenue, New York, New York.

NYC:760397.1/CEN126-250721

There is no publicly-held corporation that owns ten percent (10%) or more of the stock of Centerline Holding Company.

Dated: New York, New York
       March 12, 2008

                                            WOLFBLOCK LLP

                                            By: _____
                                               Jennifer F. Beltrami
                                          250 Park Avenue
                                          New York, NY 10177
                                          (212) 883-4955
                                          jbeltrami@wolfblock.com

                                          *Attorneys for Nominal Defendant*
                                          *Centerline Holding Company*