UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| LOUIS KANTER and JAMIE STARK, derivatively on behalf of Nominal Defendant CENTERLINE HOLDING COMPANY,<br><br>                                    Plaintiffs,<br><br>v.<br><br>STEPHEN M. ROSS, MARC D. SCHNITZER, LEONARD W. COTTON, JEFF T. BLAU, ROBERT J. DOLAN, ROBERT A. MEISTER, NATHAN GANTCHER, JEROME Y. HALPERIN, ROBERT L. LOVERD, JANICE COOK ROBERTS, THOMAS W. WHITE, and THE RELATED COMPANIES, L.P.,<br><br>                                    Defendants<br><br>and<br><br>CENTERLINE HOLDING COMPANY,<br><br>                                    Nominal Defendant | 08-CV-01827 (SAS) |

## NOTICE OF APPEARANCE

Please take notice that the undersigned, of the law firm of Paul, Weiss, Rifkind, Wharton & Garrison LLP, is hereby entering an appearance as counsel of record for Defendants Marc D. Schnitzer, Leonard W. Cotton, Robert J. Dolan, Robert A. Meister, Nathan Gantcher, Jerome Y. Halperin, Robert L. Loverd, Janice Cook Roberts, Thomas W. White.

Dated: March 13, 2008

PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP

By: /s/ Richard A. Rosen

Richard A. Rosen
1285 Avenue of the Americas
New York, NY 10019-6064
rrosen@paulweiss.com
Telephone: (212) 373-3305

*Attorneys for Defendants Marc D. Schnitzer, Leonard W. Cotton, Robert J. Dolan, Robert A. Meister, Nathan Gantcher, Jerome Y. Halperin, Robert L. Loverd, Janice Cook Roberts, Thomas W. White.*

TO:

Steven Cooper
Reed Smith LLP
599 Lexington Avenue
29th Floor
New York, NY 10022
212-521-5400 (tel.)
scooper@reedsmith.com

Ralph M. Stone
Shalov Stone Bonner & Rocco LLP
485 Seventh Avenue, Suite 1000
New York, New York 10018
212-239-4340 (tel.)
rstone@lawssb.com

Jennifer F. Beltrami
WolfBlock LLP
250 Park Avenue
New York, NY 10177
212-883-4955 (tel.)
jbeltrami@wolfblock.com

AFFIDAVIT OF SERVICE BY FEDERAL EXPRESS

STATE OF NEW YORK    )
                     )   ss.:
COUNTY OF NEW YORK   )

Leana Loncarevic, being duly sworn, deposes and says:

1. I am not a party to this action, am over 18 years of age and am employed by Paul, Weiss, Rifkind, Wharton & Garrison LLP, 1285 Avenue of the Americas, New York, New York 10019.

2. On March 13, 2008, I served a true copy of the attached: NOTICE OF APPEARANCE on the following:

Steven Cooper
Reed Smith, LLP
599 Lexington Avenue, 29th Floor
New York, New York 10022

3. I made such service by placing a true copy of the aforementioned document in a properly addressed prepaid wrapper and delivering it to a Federal Express office for Priority Overnight Delivery.

Leana Loncarevic

Sworn to before me this

13th day of March, 2008

_____
Notary Public

SYLVIA ANDREEV
Notary Public, State of New York
No. 01AN6119735
Qualified in Queens County
Certificate Filed in New York County
Commission Expires Dec. 6, 2008