*Scheindlin, J.*

UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| LOUIS KANTER and JAMIE STARK, derivatively on behalf of Nominal Defendant CENTERLINE HOLDING COMPANY,<br><br>Plaintiffs,<br><br>v.<br><br>STEPHEN M. ROSS, MARC D. SCHNITZER, LEONARD W. COTTON, JEFF T. BLAU, ROBERT J. DOLAN, ROBERT A. MEISTER, NATHAN GANTCHER, JEROME Y. HALPERIN, ROBERT L. LOVERD, JANICE COOK ROBERTS, THOMAS W. WHITE, and THE RELATED COMPANIES, L.P.,<br><br>Defendants,<br><br>and<br><br>CENTERLINE HOLDING COMPANY, A Delaware Statutory Trust,<br><br>Nominal Defendant. | 08-CV-01827 (SAS)<br><br>**STIPULATION AND ORDER**<br><br>[USDC SDNY stamp]<br>D: 3/20/08 |

**STIPULATION AND ORDER EXTENDING TIME FOR DEFENDANTS AND NOMINAL DEFENDANT TO RESPOND TO THE COMPLAINT**

**IT IS HEREBY STIPULATED AND AGREED**, by and among the undersigned counsel for the parties, that:

1. The time for all defendants to move, answer or otherwise respond to the complaint is extended to thirty (30) days after the Delaware Chancery Court issues an order adjudicating the Plaintiff's Motion for Approval of Derivative and Class Action Settlement, Certification of the Class for Settlement Purposes and for an Award of

Attorneys' Fees and Expenses in *Off* v. *Ross, et al.*, Civil Action No. 3468-VCP (Del. Ch.).

2. The stipulation may be signed in counterparts and delivered by facsimile or other electronic means, with each such counterpart deemed an original and facsimile signatures as effective as original signatures.

Dated: March 19, 2008
    New York, New York

SHALOV STONE BONNER & ROCCO LLP

By: _____
Ralph M. Stone, Esq.
Thomas G. Ciarlone, Esq.
485 Seventh Avenue
Suite 1000
New York, NY 10018
Tel: 212-239-4340
Fax: 212-239-4310
rstone@lawssb.com
tciarlone@lawssb.com

**HOLZER, HOLZER & FISTEL LLC**
Corey Holzer, Esq.
Michael I. Fistel, Jr., Esq.
Marshall P. Dees, Esq.
1117 Perimeter Center West
Suite E-107
Atlanta, GA 30338
Tel: 770-392-0090
Fax: 770-392-0029

*Attorneys for Plaintiffs*

PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP

By: /s/ Richard A. Rosen

Richard A. Rosen, Esq.
Daniel J. Leffell, Esq.
1285 Avenue of the Americas
New York, NY 10019
Tel: 212-373-3000
Fax: 212-373-2359
rrosen@paulweiss.com
dleffell@paulweiss.com

*Attorneys for Marc D. Schnitzer, Leonard W. Cotton, Robert J. Dolan, Robert A. Meister, Nathan Gantcher, Jerome Y. Halperin, Robert L. Loverd, Janice Cook Roberts and Thomas W. White*

REED SMITH LLP

By: /s/ Steven Cooper

Steven Cooper, Esq.
599 Lexington Avenue
29th Floor
New York, NY 10022
Tel: 212-521-5400
Fax: 212-521-5450
scooper@reedsmith.com

REED SMITH SACHNOFF & WEAVER

Sarah R. Wolff, Esq.
10 South Wacker Drive, 40th Floor
Chicago, IL 60606-7507
Tel: 312-207-1000
Fax: 312-207-6400

*Attorneys for Stephen M. Ross, Jeff T. Blau and The Related Companies, L.P.*

WOLFBLOCK, LLP

By: _____
Jennifer F. Beltrami, Esq.
250 Park Avenue
New York, NY 10177
Tel: 212-883-4955
Fax: 212-672-1155
jbeltrami@wolfblock.com

*Attorneys for Nominal Defendant Centerline Holding Company*

SO ORDERED: March 20, 2008

_____
Hon. Shira A. Scheindlin
United States District Judge