Se Heindung

Steven Cooper
REED SMITH LLP
599 Lexington Avenue
29th Floor
New York, New York 10022
(212) 521-5400
scooper@reedsmith.com



Peter L. Simmons
Brian J. Howard
FRIED, FRANK, HARRIS, SHRIVER
  & JACOBSON LLP
One New York Plaza
New York, New York 10004
(212) 859-8000
peter.simmons@friedfrank.com
brian.howard@friedfrank.com

Attorneys for Defendants Jeff T. Blau, Stephen M. Ross and The Related Companies, L.P.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-------------------------------------------------------------------------- x

LOUIS KANTER and JAMIE STARK, derivatively and     :     08-CV-01827 (SAS)
on behalf of Nominal Defendant CENTERLINE          :
HOLDING COMPANY,                                   :
                                                   :
                                Plaintiffs,        :
                                                   :     **NOTICE OF SUBSTITUTION**
       - v. -                                      :     **OF COUNSEL**
                                                   :
STEPHEN M. ROSS, et al.,                           :
                                                   :
                                Defendants.        :
-------------------------------------------------------------------------- x

PLEASE TAKE NOTICE that the attorneys of record for Defendants Jeff T. Blau,

Stephen M. Ross and The Related Companies, L.P., have changed, and that Peter L. Simmons

and Brian J. Howard of Fried, Frank, Harris, Shriver & Jacobson LLP, One New York Plaza,

New York, New York 10004, (212) 859-8000, are to be substituted as attorneys for such

defendants in the place of Reed Smith LLP. The parties are requested to serve copies of all future papers on such replacement counsel.

To the extent that Court approval of the substitution of counsel is required pursuant to Local Civil Rule 1.4, the accompanying Declaration of Brian J. Howard sets forth the basis on which such approval should be granted.

Dated:  April 17, 2008

REED SMITH LLP

By: _____
    Steven Cooper
599 Lexington Avenue
New York, New York 10022
(212) 521-5400
scooper@reedsmith.com

*Former Attorneys for Defendants*
*Jeff T. Blau, Stephen M. Ross and*
*The Related Companies, L.P.*

FRIED, FRANK, HARRIS, SHRIVER
& JACOBSON LLP

By: _____
    Peter L. Simmons
    Brian J. Howard
One New York Plaza
New York, New York 10004
(212) 859-8000
peter.simmons@friedfrank.com
brian.howard@friedfrank.com

*Attorneys for Defendants Jeff T. Blau*
*Stephen M. Ross and The Related*
*Companies, L.P.*

IT IS SO ORDERED:

_____
Hon. Shira A. Scheindlin, U.S.D.J.    4/23/08

7014269_2

2

Peter L. Simmons
Brian J. Howard
FRIED, FRANK, HARRIS, SHRIVER
  & JACOBSON LLP
One New York Plaza
New York, New York 10004
(212) 859-8000
peter.simmons@friedfrank.com
brian.howard@friedfrank.com

Attorneys for Defendants Jeff T. Blau, Stephen M. Ross and The Related Companies, L.P.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------------------x

| | | |
|---|---|---|
| LOUIS KANTER and JAMIE STARK, derivatively and on behalf of Nominal Defendant CENTERLINE HOLDING COMPANY, | : | 08-CV-01827 (SAS) |
| | : | |
| Plaintiffs, | : | |
| | : | **DECLARATION OF** |
| - v. - | : | **BRIAN J. HOWARD** |
| | : | |
| STEPHEN M. ROSS, et al., | : | |
| | : | |
| Defendants. | : | |

------------------------------------------------------------------------x

BRIAN J. HOWARD declares under penalty of perjury pursuant to 28 U.S.C. §1746:

    1.    I am a member of the Bar of this Court and am associated with the law firm of Fried, Frank, Harris, Shriver & Jacobson LLP ("Fried Frank"). I submit this declaration pursuant to Local Civil Rule 1.4 in support of the proposed substitution of Fried Frank in place of Reed Smith LLP as counsel for Defendants Jeff T. Blau, Stephen M. Ross and The Related Companies, L.P. ("Related").

    2.    The Court's docket does not reflect that the Reed Smith firm is counsel of record to Messrs. Blau and Ross and Related in this case; nor has Reed Smith filed a formal notice of appearance. However, on April 4, 2008, attorneys for all defendants submitted to the

Court a Stipulation and Order Extending Time for Defendants and Nominal Defendant to Respond to the Complaint, and Reed Smith LLP was a signatory to that letter on behalf of Messrs. Blau and Ross and Related. Therefore, to ensure compliance with Local Rule 1.4, Messrs. Blau and Ross request that the Court approve the substitution of counsel described below.

3.    For reasons driven largely by insurance considerations (Fried Frank is on the insurance carrier's list of panel counsel, but Reed Smith is not), Messrs. Blau and Ross and Related have decided to substitute Fried Frank as new counsel in place of Reed Smith. Messrs. Blau and Ross and Related believe that this substitution will serve their best interests.

4.    This case is at a very early stage of litigation and the transition of counsel requested in the accompanying stipulation and consent can be effected without any delay or disruption of this litigation. Indeed, I attended a conference with the Court in a related case on April 15, 2008 where various scheduling matters were addressed, and Messrs. Blau and Ross and Related do not expect that the substitution of counsel will affect their ability to abide by the schedule set by the Court.

5.    Accordingly, it is respectfully requested that the Court approve the proposed substitution by "So Ordering" the accompanying notice of substitution of counsel.

Dated:   New York, New York
         April 22, 2008

                                          BRIAN J. HOWARD

7014273_2

2