RECEIVED CHAMBERS OF
APR 28 2008
JUDGE SCHEINDLIN

Steven Cooper
REED SMITH LLP
599 Lexington Avenue
29th Floor
New York, New York 10022
(212) 521-5400
scooper@reedsmith.com

Peter L. Simmons
Brian J. Howard
FRIED, FRANK, HARRIS, SHRIVER
 & JACOBSON LLP
One New York Plaza
New York, New York 10004
(212) 859-8000
peter.simmons@friedfrank.com
brian.howard@friedfrank.com

Attorneys for Defendants Jeff T. Blau, Stephen M. Ross and The Related Companies, L.P.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------- x
LOUIS KANTER and JAMIE STARK, derivatively and : 08-CV-01827 (SAS)
on behalf of Nominal Defendant CENTERLINE :
HOLDING COMPANY, :
 :
                    Plaintiffs, :
 : **NOTICE OF SUBSTITUTION**
 - v. - : **OF COUNSEL**
 :
STEPHEN M. ROSS, et al., :
 :
                    Defendants. :
---------------------------------------------------------------- x

PLEASE TAKE NOTICE that the attorneys of record for Defendants Jeff T. Blau, Stephen M. Ross and The Related Companies, L.P., have changed, and that Peter L. Simmons and Brian J. Howard of Fried, Frank, Harris, Shriver & Jacobson LLP, One New York Plaza, New York, New York 10004, (212) 859-8000, are to be substituted as attorneys for such


USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 4/29/08

defendants in the place of Reed Smith LLP. The parties are requested to serve copies of all future papers on such replacement counsel.

To the extent that Court approval of the substitution of counsel is required pursuant to Local Civil Rule 1.4, the accompanying Declaration of Brian J. Howard sets forth the basis on which such approval should be granted.

Dated: April 17, 2008

REED SMITH LLP

By: _____
Steven Cooper
599 Lexington Avenue
New York, New York 10022
(212) 521-5400
scooper@reedsmith.com

*Former Attorneys for Defendants Jeff T. Blau, Stephen M. Ross and The Related Companies, L.P.*

FRIED, FRANK, HARRIS, SHRIVER & JACOBSON LLP

By: _____
Peter L. Simmons
Brian J. Howard
One New York Plaza
New York, New York 10004
(212) 859-8000
peter.simmons@friedfrank.com
brian.howard@friedfrank.com

*Attorneys for Defendants Jeff T. Blau Stephen M. Ross and The Related Companies, L.P.*

IT IS SO ORDERED:

_____
Hon. Shira A. Scheindlin, U.S.D.J.

4/28/08

7014269_2