UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

LOUIS KANTER and JAMIE STARK, derivatively on behalf of Nominal Defendant CENTERLINE HOLDING COMPANY,

                Plaintiffs,

v.

STEPHEN M. ROSS, MARC D. SCHNITZER, LEONARD W. COTTON, JEFF T. BLAU, ROBERT J. DOLAN, ROBERT A. MEISTER, NATHAN GANTCHER, JEROME Y. HALPERIN, ROBERT L. LOVERD, JANICE COOK ROBERTS, THOMAS W. WHITE, and THE RELATED COMPANIES, L.P.,

                Defendants,

and

CENTERLINE HOLDING COMPANY,

                Nominal Defendant.

08-CV-01827 (SAS)

## NOTICE OF APPEARANCE

Please take notice that the undersigned, of the law firm of Paul, Weiss, Rifkind, Wharton & Garrison LLP, is hereby entering an appearance as counsel of record for Defendants Marc D. Schnitzer, Leonard W. Cotton, Robert J. Dolan, Robert A. Meister, Nathan Gantcher, Jerome Y. Halperin, Robert L. Loverd, Janice Cook Roberts, and Thomas W. White.

Dated: May 27, 2008

PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP

By: /s/ Daniel J. Leffell

Daniel J. Leffell
1285 Avenue of the Americas
New York, NY 10019-6064
dleffell@paulweiss.com
Telephone: (212) 373-3218

*Attorneys for Defendants Marc D. Schnitzer, Leonard W. Cotton, Robert J. Dolan, Robert A. Meister, Nathan Gantcher, Jerome Y. Halperin, Robert L. Loverd, Janice Cook Roberts, and Thomas W. White.*

AFFIDAVIT OF SERVICE BY FIRST CLASS MAIL

STATE OF NEW YORK        )
                         ) s.s.:
COUNTY OF NEW YORK   )

Ella A. Capone, being duly sworn, deposes and says:

1. I am not a party to this action, am over 18 years of age and am employed by Paul, Weiss, Rifkind, Wharton & Garrison LLP, 1285 Avenue of the Americas, New York, New York 10019.

2. On May 27, 2008, I personally served true copies of the foregoing: NOTICE OF APPEARANCE on the following:

>   Roslyn Goldenberg
>   Mitchell Goldenberg
>   Jane Goldenberg
>   Michael Goldenberg
>   Lisa Goldenberg
>   Faruqi & Faruqi, LLP
>   2600 Philmont Avenue
>   Suite 324
>   Huntingdon Valley, PA 19006

3. I made such service by personally enclosing true copies of the aforementioned document in a properly addressed prepaid wrapper and depositing it into an official depository under the exclusive custody and care of the United States Postal Service in the State of New York.

_____
Ella A. Capone
Process-Server License Number: 1278814

Sworn to before me this
27 day of May, 2008

_____
Notary Public

SYLVIA ANDREEV
Notary Public, State of New York
No. 01AN6119735
Qualified in Queens County
Certificate Filed in New York County
Commission Expires Dec. 6, 2008